## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
_WESTERN_ DIVISION

_BYRON T. HURST SR_

(Enter Above the Name of the Plaintiff in this Action)

**8:17 cv 356**

**THOMAS M. ROSE**

VS. _DR. DAVID J. SHULKIN, SECRETARY_ **MICHAEL J. NEWMAN**

U.S. _DEPARTMEN OF VETERANS AFFAIR_

(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

U.S. _EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (EEOC - ORM)_
_OFFICE OF RESOLUTION MANAGEMENT, JAMES D. JINDRA, DISTRICT MANAGER_
US _EQUAL EMPLOYMENT OPPORTUNITY COMMISSION_
_OFFICE OF FEDERAL OPERATION, CARLTON M. HADDEN, DIRECTOR_

### COMPLAINT

I.  Parties to the action:

Plaintiff:  Place your name and address on the lines below.  The address you give must be the address where the court may contact you and mail documents to you.  A telephone number is required.

_BYRON THEODORE HURST SR._

Name - Full Name Please - PRINT

_7481 SHEELIN CT._

Street Address

_DAYTON, OHIO 45415_

City, State and Zip Code

_937-321-8845_

Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers.  If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. _DR. DAVID J. SHULKIN, SECRETARY DEPARTMENT OF VETERANS AFFAIRS_
Name - Full Name Please

_810 VERMONT AVENUE N.W., WASHINGTON, DC  U.S._
Address: Street, City, State and Zip Code

2. _JAMES D. JINDRA, DISTRICT MANAGER DEPT. OF VETERANS AFFAIRS (ORM)_
_151 KNOLLCROFT ROAD, BUILDING 16, LYONS, NJ 07939_

3. _CARLTON M. HADDEN, DIRECTOR EQUEL EMPLOYMENT OPPORTUNITY COMMISSI._
_Office of FEDERAL OPERATIONS, 131 M. STREET NE, SUITE 5 SW12G, WASHINGTON, DC_
_20507_

4. _____

   _____

5. _____

   _____

6. _____

   _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☒ Title 28 U.S.C. § 1343(3)
    [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☒ Title 28 U.S.C. § 1331
    [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
    [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☒ Title _VII_ United States Code, Section _2000e, 703_
    [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

I HERE BY CLAIM THAT THE DEPARTMENT OF VETERANS AFFAIRS WILFULLY CONSPIRE IN UNLAWFUL EMPLOYMENT DISCRIMINATION IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964 (TITLE VII), AS AMENDED, 42 U.S.C 2000e ET SEQ, AND THE AGE DISCRIMINATION IN EMPLOYMENT ACT OF 1967 (ADEA), AS AMENDED, 29 U.S.C. 621 ET SEQ.

SEE ATTACHMENT)

III. STATEMENT OF CLAIM - ATTACHMENT

(1) EFFECTIVE OCTOBER 17, 2014 I WAS REMOVED FROM
EMPLOYMENT WITH THE DEPARTMENT OF VETERAN AFFAIRS
DAYTON MEDICAL CENTER #552, BY MARK MURDOCK, MHA,
FACHE ACTING MEDICAL DIRECTOR, PHILIP P. KIRK, CHIEF
ENGINEERING SERVICE AND KAREN HURLEY, ADMINISTRATIVE
SERVICE MANAGER.

MAY 11, 2015, I CONTACTED EEOC TO FILE A COMPLAINT
JULY 22, 2015, COUNSELING WAS CONCLUDED, (WITH NO. OFFER)
JULY 23, 2015, THE NOTICE OF RIGHT TO FILE A DISCRIMINATION
COMPLAINT.
AUGUST 4, 2015, THE FORMAL COMPLAINT OF DISCRIMINATION
WAS FILED.

(2) OCTOBER 21, 2015, THE NOTICE OF DISMISSAL OF "MIXED
CASE" EEO COMPLAINT NO. 200H-0552-2015103346,
WAS DISMISSED PURSUANT TO 29 C.F.R. 1614.107(a)(2), FOR
FOR UNTIMELY EEO COUNSELOR CONTACT, OUTLINE IN
29 C.F.R. 1614.105(a)(1). BY JAMES D. JINDRA, EEOC-
ORM DISTRICT MANAGER AND ALICE MILLER, EEOC-ORM
(EEO CASE MANAGER.

(3) JANUARY 24, 2017, CARLTON M. HADDEN, DIRECTOR ACTING
FOR THE EEOC "AFFIRMED" THE AGENCY'S FINAL
DECISION DISMISSING THE COMPLAINT. APPEAL NO. 0120160592
JULY 6, 2017, ON REQUEST NO. 0520170224 CARLTON M.
HADDEN, DIRECTOR OFFICE OF FEDERAL OPERATIONS, EEOC
DENY THE REQUEST, DUE TO THE FACT THAT I FAIL TO
MEET THE CRITERIA OF 29 C.F.R. 1614.405(c).

IV. Previous lawsuits:    NONE

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: <u>John Smith</u> vs. <u>Jane Doe</u>).

Case Number                          Caption

_____    _____ vs. _____

_____    _____ vs. _____

_____    _____ vs. _____

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you.  Make no legal
argument, cite no case or statutes.

I HEREBY ASK THE COURT TO REVERSE
THE DECISION, AND REMAND THIS CASE BACK
TO THE EEOC_ORM FOR INVESTIGATION WITHOUT
PREJUDICE, WITH LETTED TIME to AMEND THE
COMPLAINT BY LAW OR SET IT FOR TRIAL WITH
COMPENSATION.

I state under penalty of perjury that the foregoing is true and correct.  Executed on

this _10_ day of _October_ , 20_17_.

_Byron J. Hurst Sr., PRO SE_
Signature of Plaintiff

-4-