**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

**Byron T. Hurst, Sr.,**

    *Plaintiff,*

v.

**Department of Veterans Affairs,** *et al.***,**

    *Defendants.*

Case No. 3:17-cv-356
Judge Thomas M. Rose
Mag. Judge Michael J. Newman

---

**DECISION AND ORDER ADOPTING REPORT AND RECOMMENDATIONS, (ECF 5), AND DENYING PLAINTIFF'S OBJECTIONS. (ECF 6).**

---

This case is before the Court on Magistrate Judge Michael J. Newman's Report and Recommendations, (ECF 5), Objection of Plaintiff Byron T. Hurst, Sr. (ECF 6). The Report and Recommendation suggests dismissing Plaintiff's employment discrimination claim for failure to promptly seek administrative remedies. Plaintiff's objection confirms that his E.E.O.C. complaint was late.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case. Upon said review, the Court finds that the objection, (ECF 6), is not well taken and is hereby **DENIED**. Wherefore, the Court **ADOPTS IN FULL** the Magistrate Judge's Report and Recommendations, (ECF 5), and **TERMINATES** the instant case from the dockets of the United States District Court for the Southern District of Ohio, Western Division at Dayton.

**DONE** and **ORDERED** this Friday, January 19, 2018.

                                                      s/Thomas M. Rose
                                     _____
                                             THOMAS M. ROSE
                                  UNITED STATES DISTRICT JUDGE